STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
Allan Steyer (SBN 100318)
asteyer@steyerlaw.com
Donald Scott Macrae (SBN104663)
smacrae@steyerlaw.com
Suneel Jain (SBN 314558)
sjain@steyerlaw.com
235 Pine Street, 15th Floor
San Francisco, California 94104
Phone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Defendant
MYA SYSTEMS, INC.

SEYFARTH SHAW LLP
Gerald L. Maatman, Jr. (IL No. 6181016)
(*Pro Hac Vice*)
gmaatman@seyfarth.com
Thomas E. Ahlering (IL No. 6295744)
(*Pro Hac Vice*)
tahlering@seyfarth.com
233 South Wacker
Chicago, IL 60606
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

SEYFARTH SHAW LLP
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
Timothy M. Hoppe (SBN 310999)
thoppe@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
ADECCO, INC.

EDELSON PC
Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Lily Hough (SBN 315277)
lhough@edelson.com
Aaron Lawson (SBN 319306)
alawson@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212.9300
Facsimile:  (415) 373-9435

Attorneys for Plaintiff
CLARENCE RISHER

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CLARENCE RISHER, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>  v.<br><br>ADECCO, INC., a Delaware corporation, and MYA SYSTEMS, INC., a Delaware corporation.<br><br>        *Defendants*. | Case No. 3:19-CV-05602-RS<br><br>**STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Date:<br>Time:<br>Room:<br><br>Judge:   Hon. Richard Seeborg |

In accordance with Local Rule 6-1(b) and Local Rule 7-12, Plaintiff Clarence Risher ("Plaintiff") and Defendants Adecco, Inc. and Mya Systems, Inc. (collectively, "Defendants"), by and through their respective counsel, respectfully request that this Court enter an Order extending the November 27, 2019 deadline for Defendants to respond to Plaintiff's First Amended Complaint until December 9, 2019, and extending the resulting December 23, 2019 deadline for Plaintiff to file their opposition briefs to any motion to dismiss (responding to the First Amended Complaint) until January 3, 2019. Further, the Parties respectfully request that the Court enter an order withdrawing without prejudice Defendants' earlier filed motions to dismiss (Mya Systems, Inc.'s Motion to Dismiss at Dkts. 23-24; Adecco, Inc.'s Motion to Dismiss at Dkt. 25) and vacating the December 19, 2019 hearing on those motions to dismiss. In support of the instant stipulated request, the Parties state as follows:

1. Plaintiff filed the First Amended Complaint in this action on November 13, 2019. Dkt. 30. The current deadlines for Defendant's response is November 27, 2019.

2. The Parties conferred and have stipulated (subject to the Court's approval) to extend the time for Defendants to file their responses to the First Amended Complaint by ten days and to extend the time for Plaintiffs to file their opposition to a motion to dismiss (responding to the First Amended Complaint) by ten days.

3. The reason for the requested extension is to ensure that all counsel have sufficient time to research, investigate, and fully address the legal issues presented by the Parties' respective motion papers, taking into consideration the Thanksgiving, Christmas, and New Year's holidays.

4. In light of Plaintiff's First Amended Complaint and pending motions to dismiss in response to Plaintiff's First Amended Complaint, the previously filed motions to dismiss (Dkts. 23-25) and December 19, 2019 hearing on those motions to dismiss are moot.

5. The Parties seek the requested relief in good faith and not for any improper purpose. In light of the foregoing, the Parties believe that good cause exists to grant the instant stipulated request.

//

**IT IS SO STIPULATED** (*subject to Court Order*).

Dated: November 21, 2019	STEYER LOWENTHAL BOODROOKAS
	ALVAREZ & SMITH LLP

	/s/ *Suneel Jain*
	Suneel Jain
	*Attorney for Defendant Mya Systems, Inc.*

Dated: November 21, 2019	SEYFARTH SHAW LLP

	/s/ *Timothy M. Hoppe*
	Timothy M. Hoppe
	*Attorney for Defendant Adecco, Inc.*

Dated: November 21, 2019	EDELSON PC

	/s/ *Lily Hough*
	Lily Hough
	*Attorney for Plaintiff Clarence Risher*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. Defendants shall have to and including December 9, 2019 to respond to Plaintiff's First Amended Complaint.

2. Plaintiff shall have to and including January 3, 2020 to file their opposition to motions to dismiss the First Amended Complaint.

3. The motions to dismiss filed at Dkts. 23-25 are withdrawn without prejudice and the hearing on those motions scheduled for December 19, 2019 is vacated.

ENTERED: 11/22, 2019

Honorable Richard Seeborg
United States District Court

## **ATTESTATION OF FILER**

Pursuant to L.R. 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this stipulation.

/s/ *Suneel Jain*
Suneel Jain