UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CLARENCE RISHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADECCO INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-05602-RS (LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF Nos. 102 & 105 |

The district judge referred the discovery dispute at ECF Nos. 102 and 105 to the undersigned.[1] The court denies the letter briefs without prejudice and orders the parties to comply with the dispute procedures in the undersigned's standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

---

[1] Order of Reference – ECF No. 106. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 19-cv-05602-RS (LB)

1   The court understands the procedural context of the plaintiff's letter brief and the interplay
2   with the discovery cutoff and Civil Local Rule 37-23. Still, the parties must comply with the
3   court's procedures before the court will have a hearing on any dispute. The court's standing order
4   has deadlines built in to eliminate foot-dragging and allow resolution of disputes in a short time.
5   In sum, the court denies the motion because it is not joint, but deems the issue timely and
6   preserved under Civil Local Rule 37-3.

**IT IS SO ORDERED.**

Dated: June 14, 2021

_____

LAUREL BEELER
United States Magistrate Judge