UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE RISHER,<br><br>    Plaintiff,<br><br>v.<br><br>ADECCO INC., et al.,<br><br>    Defendants. | Case No. 19-cv-05602-RS<br><br>**ORDER TO SHOW CAUSE** |

By stipulated order entered December 21, 2022, defendants' time to answer the remaining claim of the complaint was extended to January 9, 2023, and plaintiff was required to file his motion for class certification by April 24, 2023. The parties have filed nothing following that stipulation. Accordingly, within 10 days of the date of this order, the parties shall file a joint status report and a stipulation to reset such deadlines as may be necessary to continue or conclude this action. In the event no response to this order is filed, the matter will be dismissed without prejudice, without further notice.

**IT IS SO ORDERED**.

Dated: May 25, 2023

_____
RICHARD SEEBORG
Chief United States District Judge